IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:09-00243 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| DAVID A. FLETCHER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Based upon the jury's report, the Court declared a mistrial in this action, and the jury was discharged.

It is so **ORDERED**.

**ENTERED** this the 27 day of August, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge