IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:09-00243 |
| | ) | JUDGE HAYNES |
| DAVID A. FLETCHER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

A status conference is set in this action for **Friday, September 28, 2012 at 4:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the 28th day of August, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge