IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| | ) | No. 3:09-00243-001 | |
| v. | ) | JUDGE HAYNES | |
| | ) | | |
| DAVID A. FLETCHER | ) | | |
| | ) | | |

**DEFENDANT'S MOTION TO RESCHEDULE DATE**
**TO SUMMON JURY FOREPERSON TO COURT**

[Handwritten: ORDER. This motion to be granted. /s/ [Judge] 10-2-12]

Defendant David A. Fletcher, by and through undersigned counsel, does hereby move to reset the anticipated date when the foreperson of the jury will be summoned to court to provide information about the jury split (Docket Entry No. 119). On Friday, September 28, 2012, the parties appeared for a status conference, and the Court suggested that it might be beneficial for both sides to know the jury split before going forward in this matter. The parties agreed. The Court suggested resetting the matter for "three weeks" which would be Friday, October 19, 2012. Undersigned counsel realized when he returned to the office that he will be out of town on October 19, and would request that the matter be reset to either October 12, 2012 or October 26, 2012 at 4:00 p.m.

THE LAW OFFICE OF DAVID L. COOPER, P.C.

s/ David L. Cooper
DAVID L. COOPER, BPR# 11445

Third Avenue North Building
208 Third Avenue, North
Suite 300
Nashville, TN 37201
(615) 256-1008

*Attorney for Defendant*