UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:09-cr-00243 |
| | ) JUDGE HAYNES |
| v. | ) |
| | ) |
| DAVID A. FLETCHER. | ) |

*[Handwritten annotation: GRANTED. The conference reset for July 5, 2013 at 4:30pm]*

## MOTION TO SET FOR STATUS CONFERENCE

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully files this joint motion for this Court to set the matter for a status conference. Presently there is one outstanding motion in this case. *See* Docket Entry Nos. 140, 141. The parties also wish to confer regarding trial dates.

Counsel for the defense, David Cooper, joins in this motion. The parties suggest July 9, 22, 23 and 24 as available dates. Undersigned counsel asks that this Court not set this matter July 25 - August 2 because of unavailability. Mr. Cooper asks that this Court not set this matter on July 8, 10th - 12th, 15th - 19th, and 25th because he is unavailable. It is respectfully that this Court make a new finding on excluding the period of countable time under the Speedy Trial Act, under the "ends of justice" exception "that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial" *see* 18 U.S.C. § 3161(h)(7)(A) (2013), because of ongoing pretrial issues and attorney scheduling.

-1-