# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

UNITED STATES OF AMERICA,              )
                                       )
    Plaintiff,                        )
                                       )
v.                                     )          No. 3:09-00243
                                       )          Chief Judge Haynes
                                       )
DAVID A. FLETCHER,                     )
                                       )
    Defendant.                        )

# O R D E R

In accordance with the Memorandum filed herewith, Defendant's motion to sever or in the alternative, motion for recusal (Docket Entry No. 140) is **DENIED,** and the Government's motions for a ruling (Docket Entry Nos. 143 and 146) are **GRANTED**.

**ENTERED** this the ___ day of July, 2013.

                              WILLIAM J. HAYNES, JR.
                              Chief Judge
                              United States District Judge