# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

UNITED STATES OF AMERICA )
)
) No. 3:09-00243-001
v. ) JUDGE HAYNES
)
DAVID A. FLETCHER )

*[handwritten: Denied. The motion is GRANTED. The conference is reset for July 29, 2013 at 4:00 pm ... 7-2-13]*

## DEFENDANT'S MOTION TO RESCHEDULE THE STATUS CONFERENCE

Defendant David A. Fletcher, by and through undersigned counsel, does hereby move the Court to reschedule the date of the status conference which is presently set for Monday, July 8, 2013 at 4:30 p.m. (Docket Entry No. 148)  Undersigned counsel is scheduled to be in the Wilson County Circuit Court that morning, as well as interviewing an inmate later that day at the Morgan County Correctional Institute in Wartburg, Tennessee who is a potential witness in an upcoming civil rights trial.[1]  Undersigned counsel requests the Court continue the status conference to the week of July 29, 2013, since he will be out of town on vacation the week of July 15, and has several court matters scheduled the week of July 22, 2013.

**THE LAW OFFICE OF DAVID L. COOPER, P.C.**

  s/  David L. Cooper  
**DAVID L. COOPER, BPR# 11445**

Third Avenue North Building
208 Third Avenue, North
Suite 300
Nashville, TN 37201
(615) 256-1008

*Attorney for Defendant*

---

[1]  *White v. Bell*, Docket No. 3:10-00863.

1