UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00243 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| DAVID A. FLETCHER. | ) | |

*Handwritten annotation: ORDER. This motion is GRANTED. The conference is reset for August 12, 2013 at 4:00 pm. William J. Haynes, Jr. U.S.D.J. 7-3-13*

## MOTION TO RESET FOR STATUS CONFERENCE

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests this Court to reset the status conference currently set for July 29, 2013. Undersigned counsel plans on being absent due to long planned vacation. After conferring together, the parties request that the hearing be set for August 5, 9 or 12.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney
Middle District of Tennessee

BY: s/ B.H. Boucek
BRADEN H. BOUCEK
Assistant U. S. Attorney
110 9th Avenue, South
Suite A-961
Nashville, Tennessee 37203
(615) 736-5151

-1-