IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 3:09-00243 |
| | ) | JUDGE HAYNES |
| DAVID A. FLETCHER | ) | |

## DEFENDANT'S MOTION AS TO CHANGE OF ADDRESS AND RESIDENCE

Defendant David A. Fletcher, by and through undersigned counsel, files this motion concerning a change of address and new residence as to Mr. Fletcher. Mr. Fletcher requests permission to move to a residence in Goodlettsville, Tennessee on August 1, 2013. The new address is **207 Hollywood Street, Goodlettsville, Tennessee 37072.** Mr. Fletcher has communicated this information to the United States Probation Department.

Accordingly, undersigned counsel requests permission from the Court so as to allow Mr. Fletcher to reside at the new address of **207 Hollywood Street, Goodlettsville, Tennessee 37072** during the pendency of this action.

THE LAW OFFICE OF DAVID L. COOPER, P.C.

s/ David L. Cooper
DAVID L. COOPER   BPR #11445

Third Avenue North Building
208 Third Avenue, North
Suite 300
Nashville, Tennessee 37201
(615) 256-1008

**ATTORNEY FOR DEFENDANT**

1