IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 3:09-00243-001 |
| v. ) | JUDGE HAYNES |
| ) | |
| DAVID A. FLETCHER ) | |
| ) | |

*[Handwritten annotations in right margin, partially legible: "Denied — The motion must be refiled... at least 60 days... and a receipt of a physical... report. Defendant's medical condition. See DE# 173. /s/ [initials] 1-9-14"]*

## DEFENDANT'S MOTION TO CONTINUE THE TRIAL DATE

Defendant David A. Fletcher, by and through undersigned counsel, does hereby move to Court to continue the trial date that is currently set for January 28, 2014 at 9:00 a.m. (Docket Entry No. 160) Undersigned counsel has filed an affidavit (under seal) which outlines the basis for the motion to continue. A copy of the affidavit has been provided to the government.

THE LAW OFFICE OF DAVID L. COOPER, P.C.

s/ David L. Cooper
DAVID L. COOPER, BPR# 11445

Third Avenue North Building
208 Third Avenue, North
Suite 300
Nashville, TN 37201
(615) 256-1008

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing **Motion to Continue** has been delivered by the Court's CM/ECF system to **Braden H. Boucek, Esq.**, Assistant United States Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, TN 37203, on this 8th day of January, 2014.

s/ DAVID L. COOPER
DAVID L. COOPER